```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

SANTANDER BANK N.A.,

    Plaintiff,                      CIVIL NO. 15-1981(NLH)(AMD)

  v.                                **ORDER**

STEVE M. HOSANG,

    Defendant.

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   30th    day of    July         , 2015

ORDERED that plaintiff's motion to remand [10] be, and the same hereby is, GRANTED and defendant's motion for default judgment [5] be, and the same hereby is, DENIED AS MOOT; it is further ORDERED that the matter be, and the same hereby is, REMANDED to the Superior Court of New Jersey, Chancery Division – Burlington County.

                                                s/ Noel L. Hillman
                                              NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey